N. Scott Rosenblum, Susan Kister, Clayton, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before CRAHAN, C.J., RICHARD B. TEITELMAN, J., and ROBERT E. CRIST, Senior Judge.

### *ORDER*

PER CURIAM.

James Dunn appeals from a judgment entered upon a jury verdict sentencing him to life imprisonment for murder in the second degree, Section 565.021, RSMo (1994), and life imprisonment for the offense of armed criminal action, Section 571.015 RSMo (1994). The sentences are to be served consecutively.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential or jurisprudential value. Judgment affirmed in accordance with Rule 30.25(b).

Lance Eberhart, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

### ORDER

PER CURIAM.

Defendant, Kevin Johnson, appeals from the trial court's judgment entered on the jury's conviction of one count of burglary in the second degree. Section 569.170 RSMo. (1994).

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Kevin JOHNSON, Appellant.**

No. 72474.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 12, 1998.

**PHYLLIS HECK TRUST,**
**et al., Respondents,**

v.

**Daryl LARSON, Appellant.**

Nos. WD 53955–53957.

Missouri Court of Appeals,
Western District.

Submitted Feb. 19, 1998.

Decided May 19, 1998.

Jerold L. Drake, Grant City, for appellant.

Pamela S. Vohs, Mound City, for respondents.